IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAXIMILIANO BONILLA OROZCO,

Petitioner,

v.

WARDEN E. EMMERICH and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

OPINION and ORDER

26-cv-570-jdp

---

Petitioner Maximiliano Bonilla Orozco, proceeding without counsel, seeks habeas corpus relief under 28 U.S.C. § 2241, requesting an order directing the Bureau of Prisons to apply First Step Act time credits entitling him to early release. I have denied previous § 2241 petitions brought by Bonilla Orozco because this court could not consider his challenges to the final order of removal in place at the time, an order that would prevent him from receiving First Step Act time credits. *Bonilla Orozco v. Dep't of Homeland Sec.*, No. 25-cv-190-jdp, 2025 WL 1755294 (W.D. Wis. June 25, 2025); *Bonilla Orozco v. Dep't of Homeland Sec.*, No. 25-cv-595-jdp, 2025 WL 2576359 (W.D. Wis. Aug. 14, 2025). Bonilla Orozco filed his current petition in the Court of Appeals for the Seventh Circuit, which transferred it to this court. *See* Dkt. 1.

Bonilla Orozco contends that the BOP prohibits application of his First Step Act time credits because of a 2023 order of removal. But his circumstances have changed since he filed his petition. The court of appeals record shows that the government canceled the 2023 order of removal but has issued a new administrative removal order. *See Bonilla Orozco v. Emmerich*, No. 26-1891 (7th Cir), at Dkt. 10. I gave Bonilla Orozco an opportunity to submit an amended petition and an amended brief to address this change in circumstances. Dkt. 4. But Bonilla

Orozco did not do so; instead he seeks review of the new administrative removal order in the court of appeals. *See Bonilla Orozco v. Blanche*, No. 26-2236 (7th Cir). That leaves the original question whether the 2023 order of removal bars him from receiving First Step Act credits. But that issue is moot because Bonilla Orozco is no longer subject to the 2023 order of removal and any current denial of credits is due to the new administrative removal order, which he is not challenging here. I will dismiss this petition.

ORDER

IT IS ORDERED that:

1. Petitioner Maximiliano Bonilla Orozco's petition, Dkt. 1, is DISMISSED.

2. The clerk of court is directed to enter judgment and close the case.

Entered September 14, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge